THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| EDVIN BARKER, AIS #264 430, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>WARDEN K. JONES, *et al.*, )<br>)<br>Defendants. ) | 2:10-CV-860-TMH<br>[WO] |

### ORDER

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

1. The plaintiff's Objection to the Magistrate Judge Recommendation (Doc. #13) filed on November 12, 2010 is overruled;

2. The plaintiff's Objection to the Magistrate Judge Recommendation (Doc. #24) filed on December 3, 2010 is denied as untimely pursuant to Fed. R. Civ. P. 72;

3. The Recommendation (Doc. #12) of the Magistrate Judge entered on November 5, 2010 is adopted;

4. This motion for preliminary injunctive relief be denied; and

5. This case be referred back to the undersigned for additional proceedings relative to the claims presented in Plaintiff's complaint.

Done this 20th day of January, 2011.

/s/ Truman M. Hobbs
SENIOR UNITED STATES DISTRICT JUDGE